AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

FILED
United States District Court
Albuquerque, New Mexico
Erik Paltrow
Clerk of Court

United States of America
v.
Sierra J. Baca

*Defendant(s)*

Case No. MJ 26-4534 SCY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 26, 2026 in the county of Bernalillo in the District of New Mexico, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 United States Code 922(a)(6) | False statement during purchase of a firearm. |
| 18 United States Code 1623 | False declarations under oath in proceedings before or ancillary to any federal court or grand jury. |

This criminal complaint is based on these facts:

On April 26, 2025, Sierra Baca purchased an AR-15 style rifle on behalf of Bonifacio Silva, who was 18 years old at the time and reportedly on felony juvenile probation out of Hillsboro, Oregon.

☑ Continued on the attached sheet.

*Complainant's signature*

N. Lowe- Narcotics Detective

*Printed name and title*

Sworn telephonically and signed electronically:

Date: 09/03/2026

*Judge's signature*

City and state: Albuquerque, New Mexico

Steven C. Yarbrough, United States Magistrate Judge

*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Nikki Lowe, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND DETECTIVE BACKGROUND**

1. The affiant is a Narcotics Detective for the Police Department of Isleta Pueblo (IPD) and has been employed by IPD as such since January of 2024. Affiant is a Task Force Officer with Homeland Security Investigations and has been since prior to the affiant's position with IPD, the affiant was a Federal Police Officer with the Bureau of Indian Affairs (BIA), Department of Justice (DOJ) from December of 2018 until July of 2023. The affiant has been a narcotics detective since 2024, and she is currently assigned to the Narcotics Division with Isleta Police Department, where it is the affiant's duties to investigate violations of Tribal, State and Federal laws, which include narcotics crimes, firearms crimes, false and fraudulent use of identification documents, immigration law crimes, and other violations of laws.

2. The affiant successfully completed thirteen weeks of Basic Police Officer Training Academy in Artesia, New Mexico with the Indian Police Academy at the Federal Law Enforcement Training Center (FLETC). In addition, the affiant completed 2 weeks of Basic Narcotics Investigations Course to include criminal behavior, firearms, surveillance, tactical follows and managing confidential sources at the Midwest Counterdrug Training Center at Camp Dodge in Johnston, IA.

3. As a previous BIA Police Officer and current commissioned Special Law Enforcement Officer through BIA DOJ and HSI Task Force Officer, the affiant has received extensive training and practical experience pertaining to Tribal, State and Federal criminal procedures and statutes. Affiant has been instrumental and participated in numerous criminal

investigations, which had led to the arrest and conviction of person(s) in violation of the New Mexico State Statue and Isleta Tribal Law. Affiant has received both classroom and on-the-job training concerning different types of criminal investigation to include possession of controlled substances, trafficking of controlled substances with intent to distribute, violent crimes, violent crimes in Indian Country, property crimes, and crimes relating to domestic violence, sexual related criminal acts, crime scene processing and investigation. Affiant also has experience and training in the investigation of criminal acts involving weapons and vehicles and crimes involving acts against another in which intimidation or coercion is used in lieu of the application of force. Affiant also has experience and training in investigating crimes against persons and property investigations to include burglaries, robberies, fraud, larceny and criminal sexual assaults.

4. The following information is based on the Affiant's personal knowledge, review of investigative reports and records, interviews, and information provided by other law enforcement officers involved in this investigation, whom the Affiant believes to be reliable.

5. Based on the following information, there is probable cause to believe that Sierra Baca knowingly made false statements in connection with the purchase of a firearm by falsely representing on ATF Form 4473 that she was the actual transferee/buyer of the firearm when, in fact, she was acquiring the firearm on behalf of Bonifacio Silva (Boyfriend). Title 18 U.S.C. § 922(a)(6). Affiant further believes Sierra Baca knowingly made a false material declaration while under oath before a federal court proceeding contrary to 18 U.S.C. § 1623.

**PROBABLE CAUSE**

6. On January 15, 2026, I, Narcotics Detective N. Lowe with the Isleta Police Department, was requested to sit in on a preliminary and detention hearing at the District of New Mexico courthouse. The hearings were for Sierra Baca’s boyfriend, Bonifacio Silva, who was charged

and incarcerated for the separate crime of second-degree murder of Sierra Baca's uncle. The firearm that Bonifacio Silva used in the homicide was a handgun and a different firearm than the one Sierra Baca purchased for Bonifacio Silva. See *United States v. Bonifacio Silva, No. 26-cr-0497 KWR.* I was requested to sit in on the court hearing because Sierra Baca and Bonifacio Silva were also people of interest in a shooting at an occupied dwelling that took place on June 18, 2025, on the Isleta Pueblo.

7. The shooting at an occupied dwelling was on June 18, 2025, at 27 Tribal Rd 28, Bosque Farms, NM 87068 on the Isleta Pueblo in Valencia County where 22 rounds were fired at the home, and 22 rounds entered the home. Law enforcement with Isleta Pueblo retrieved 22 5.56 caliber ammunition shell casings from the road directly adjacent to the house and collected the casings for evidence. According to Terrance Harris, on June 12, 2025, Bonifacio Silva and Terrance Harris were involved in a verbal altercation at the Isleta Recreation Center. That same day of June 12, 2025, there were argumentative Facebook messages between the two where Terrance Harris' last message to Bonifacio Silva is "an btw I fucked your bitch to" followed with two laughing face emoji's. Terrance Harris stated he believes that Sierra Baca's boyfriend, "Boni," was the one who shot at the house. Boni is a nickname used for Bonifacio Silva. The statements were recorded on body worn camera.

8. Upon information and belief, Sierra Baca and Bonifacio Silva have known each other since the year 2019 and are currently in a dating relationship since 2023. The two of them also have a child together.

9. While present in court for Bonifacio Silva's preliminary hearing on the murder charge, I saw Sierra Baca called to testify and she was asked whether she had ever seen Bonifacio Silva in possession of firearms. Sierra Baca stated under oath that she had not, and that she had only seen Bonifacio Silva in possession of one firearm prior to the day of the homicide, which she claimed was purchased by her and belonged to her. Sierra Baca described the firearm as an AR-15 rifle. This

statement drew my attention because the suspected weapon used in the shooting of an occupied dwelling was an AR-15 style rifle utilizing 5.56 caliber ammunition in which Bonifacio Silva and Sierra Baca were persons of interest.

10. After the hearing, I contacted Federal Bureau of Investigation (FBI) Special Agent Adam Barragan and advised him of the investigation into a shooting at an occupied dwelling and that Sierra Baca and Bonifacio Silva were persons of interest. SA Barragan informed me that Sierra Baca had provided consent for the FBI to search her cellular phone on January 9, 2026. A forensic extraction of the phone was conducted, and SA Barragan subsequently shared the extracted data with Detective Thain. Detective Thain later provided me with a USB drive containing portions of the extraction, including text messages and photographs. I reviewed all materials provided.

11. Following Sierra Baca's testimony, Detective Thain obtained a search warrant for Sierra Baca's bedroom, which she shared with Bonifacio Silva at her grandparents' residence on the Isleta Pueblo (location of the homicide for which Silva is charged). Upon executing that search warrant on January 15, 2026, Detectives observed multiple photos of Sierra Baca and Bonifacio Silva with Bonifacio Silva in possession of a brown Glock handgun. Therefore, her statement under oath that she had not seen Bonifacio Silva in possession of any other firearms was false. She had been around Bonifacio Silva while he was in possession of another firearm, a brown Glock handgun, multiple times prior to the homicide. Upon reviewing cell phone extraction photographs, I observed Bonifacio Silva discharging this handgun at the Isleta Pueblo community shooting range. Based on training and experience I recognize the firearm in the photographs to be using live ammunition.



12. The first two photographs with time stamps were obtained from Sierra Baca's cell phone (provided by FBI Special Agent A. Barragan) and the following two are photographs of photographs of her room pursuant to the search warrant:









13. After thorough investigation into the timeline of Sierra Baca and Bonifacio Silva, I observed multiple text messages, as discussed in more detail below, between the two of them discussing Sierra Baca buying an AR-15 for Bonifacio Silva. The text messages primarily consist of Bonifacio Silva directing Sierra Baca's efforts to locate and purchase a firearm on his behalf. The text messages are discussed and shown below. Bonifacio Silva also instructed Sierra Baca to not say anything about buying the gun for someone else in the text messages on April 25, 2025.

14. Sierra Baca had knowledge of Bonifacio Silva being on felony juvenile probation out of Hillsboro, Oregon. (Sierra Baca's knowledge of Bonifacio Silva being on probation was confirmed through text messages on February 28, 2025. That message is as follows: Sierra Baca, "Why tf h ain't answering" Bonifacio Silva responds, "My po pulled up on me" Sierra Baca responds, "no he didn't." (po stands for Probation Officer).

15. The conversation, through text messages, between Sierra Baca and Bonifacio Silva occurs at least in part while Bonifacio Silva is on a Greyhound bus from Hillsboro, Oregon to Albuquerque, New Mexico. The extraction did not get most of Sierra Baca's text responses. The recovered text message exchange about the firearm begins on April 25, 2025, at 3:17 pm as follows:

- Bonifacio Silva- When I get to Sacramento we're gonna call different gun stores to see if they got anything in stock.
- Bonifacio Silva- So hopefully your home by then
- Sierra Baca- Yes, I should be
- Bonifacio Silva- Whenever you get home you needa call the gun store.
- Bonifacio Silva- There's this one spot kinda towards rio. Called calibers.
- Bonifacio Silva- Just say that you need to ask them a question and then after you tell them that there going to tell you to ask it and then your going to ask them you were wondering if they have any diamond back db 15 s.
- Bonifacio Silva- And then your going to ask them what models they have and the price range on each model.
- Bonifacio Silva- In stock
- Bonifacio Silva- Do you guys have any diamond back db 15s in stock
- Bonifacio Silva- And no don't tell them that bcuz then your husband will need to be there.
- Bonifacio Silva- So this is specifically for you.
- Bonifacio Silva- Hurry up we don't got uptime to waste.
- Sierra Baca- 3 o 8 in stock
- Bonifacio Silva- If that all the only he has just say ok thank you for you time.
- Bonifacio Silva- Not what we're looking for.
- Bonifacio Silva- Call the other place.
- Sierra Baca- db 10 model 1039.99
- Bonifacio Silva- Hurry up

- Bonifacio Silva- Ask them what other Ars they have in stock
- Bonifacio Silva- If they don’t
- Sierra Baca- Okay
- Sierra Baca- Write them down
- Sierra Baca- Hurry
- Bonifacio Silva- We’re going to have to call another store.
- Bonifacio Silva- Just look up gun stores in Abq
- Bonifacio Silva- We could but it’s too much of a risk
- Bonifacia Silva- Half the guns off the streets aren’t even reliable
- Bonifacio Silva- Well yeah but that’s just the thing I don’t really want any body knowing I’m down here
- Bonifacio Silva- Look up bmc tactical
- Bonifacio Silva- And call them
- Bonifacio Silva- Bmc tactical
- Bonifacio Silva- And if they make sure you ask them what other Ars they have in stock
- Sierra Baca- Zro
- Bonifacio Silva- Ask him what round it’s chambered in
- Bonifacio Silva- Let me do my research hold up
- Bonifacio Silva- I think that’s perfect
- Bonifacio Silva- And your getting it for the lo so that’s perfect feel
- Bonifacio Silva- Deal
- Bonifacio Silva- You can’t go in today?

- Bonifacio Silva- So that the background check will be done sooner?
- Sierra Baca- It's closes soon
- Bonifacio Silva- I told you to have it on you
- Bonifacio Silva- Smh
- Bonifacio Silva- Not the background checks not going to be done by Tha time that I get out there
- Bonifacio Silva- Fuck bro.
- Bonifacio Silva- Well no fuck shit
- Bonifacio Silva- It can take anywhere from 2 days to a week
- Bonifacio Silva- That's why I wanted you to do it sooner
- Bonifacio Silva- You can still make it
- Bonifacio Silva- To the store
- Bonifacio Silva- All you need to do is pull 500
- Bonifacio Silva- That's why I've been fuckning tellin you so fuckn much
- Bonifacio Silva- But no your so fuckn worried bout your auntie
- Bonifacio Silva- It's all good just leave it
- Bonifacio Silva- Ok but we can still speed up the process by a day
- Bonifacio Silva- Just fuckn leave it atp
- Sierra Baca- smh
- Sierra Baca- I'm trying
- Bonifacio Silva- Bcus I'm gonna be out there with nothing like a motherfuckn bird waiting to get popped out the mf air
- Bonifacio Silva- This is exactly what I didnt want to happen

- Bonifacio Silva- I've been fuckn trying
- Bonifacio Silva- Bro it's common fuckn since
- Bonifacio Silva- Ok but in this situation I'm not round that you don't know
- Bonifacio Silva- Bcuz now who knows how long I'm gonna be without it
- Bonifacio Silva- He's going to tell you that background check is going take any where from 2 days up to a week
- Bonifacio Silva- Your just going to have to go in the morning and secure the deal before somebody else does and I guess we will just figure something las as low as we possibly can
- Bonifacio Silva- Don't getting her all worried
- Bonifacio Silva- I don't want her to think I'm putting you in harms way

16. Messages about the rifle stop on April 25, 2025, at 5:21pm.

17. The same day Sierra Baca posted the following photo on her Snapchat of two thousand dollars in 100-dollar bills with the caption of "Gonna buy my bewitoo a AR" Bewitoo is a nickname Sierra Baca uses for Bonifacio Silva. This photograph is significant in this investigation due to the fact that it shows her intent to purchase an AR for Bonifacio Silva. This photograph was obtained from Sierra Baca's cell phone extraction provided by the FBI.



18. Conversation regarding the rifle continues on April 26, 2025. The messages about the rifle begin again at 8:02am. Those text messages are as follows:

- Bonifacio Silva- You need you need to get your big booty up and go secure that deal
- Bonifacio Silva- I'm serious mama you need to hurry bcuz I'm boutta sleep so hardddddd
- Bonifacio Silva- Baby I'm serious buying somebody picks that deal up and I'm gonna be upset with youuu
- Bonifacio Silva- Smh
- Sierra Baca- It opens at 10
- Bonifacio Silva- Zero delta
- Bonifacio Silva- Zero delta AR 15s
- Sierra Baca- Loved "Zero delta AR 15s"
- Bonifacio Silva- : )
- Sierra Baca- *sends photo of the rifle to Bonifacio Silva
- Sierra Baca- What's the question
- Bonifacio Silva- Is there any way that I can buy flip up sights today or order with the rifle

19. That concluded the text messages about the rifle.

20. Sierra Baca purchased a ZRO Delta AR Platform Rifle from BMC Tactical from the Menaul location. On February 25, 2026, Affiant called BMC Tactical, identified myself as a Detective with Isleta Police Department and if they could give me information over the phone. The employee advised the manager, and the manager was willing to give me information. I asked if Sierra Baca had purchased any firearms from their store. The manager advised that Sierra Baca did in fact purchase a

firearm from the store on April 26, 2025. I asked the manager if I could go by the store and obtain all paperwork they had for the purchase. The manager advised me that I could.

21. Upon arrival to BMC Tactical, the records were maintained by BMC Tactical in the ordinary course of business and provided directly by management. I was handed a manila envelope that contained all of Sierra Baca's paperwork to include the receipt, a copy of Sierra Baca's driver's license, and the standard ATF FORM 4473 that was signed by Sierra Baca. The ATF Form 4473 included Question 21(a): "Are you the actual transferee/buyer of all of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)? **Warning: You are not the actual transferee/buyer if you are acquiring any of the firearms(s) on behalf of another person. If you are not the actual transferee/ buyer, the licensee cannot transfer any of the firearm(s) to you.** Exception: If you are picking up a repaired firearm(s) for another person, you are not required to answer 21. and may proceed to question 21.b. Sierra Baca checked the 'Yes' box."

22. Based on the communications and social media posts described above, your Affiant believes that Sierra Baca was not the actual transferee/buyer of the firearm she purchased from BMC Tactical on April 26, 2025. The text messages show that Bonifacio Silva directed Sierra Baca to contact multiple firearms dealers to inquire about the availability, models, and pricing of AR-style rifles.

23. Specifically, Silva instructed Baca on what questions to ask store employees, directed her to contact specific firearms dealers, requested information regarding the rifles available for purchase, and evaluated the responses she received. The messages further show Silva discussing the firearm purchase process, including the anticipated background check and the need to complete the purchase as soon as possible.

24. Additionally, Silva instructed Baca not to tell store employees that the firearm was for him, stating, "And no don't tell them that bcuz then your husband will need to be there. So, this is specifically for you."

25. On April 25, 2025, Baca also posted a photograph on Snapchat depicting approximately $2,000 in U.S. currency with the caption, "Gonna buy my bewitoo a AR," which your Affiant knows "bewitoo" to be a nickname she used for Silva. When considered together with Baca's subsequent purchase of a ZRO Delta AR Platform Rifle on April 26, 2025, these communications are consistent with Baca acquiring the firearm on behalf of Silva rather than herself.

26. Therefore, Sierra Baca's answer of "Yes" to Question 21(a) on ATF Form 4473 was knowingly false.

27. Upon the completion of her background investigation, Sierra Baca, on May 10, 2025, traveled to BMC Tactical Menaul and took possession of a ZRO Delta Ready Series 223Wylde 30+1 16' Threaded M- LOK adj Stock- 811069027491 with a Serial Number of ZAR23163.

28. On May 28, 2025, Bonifacio Silva is observed by the Affiant in multiple photographs with the rifle from the cell phone extraction provided by FBI. Below are some of those photos:







Affiant further notes that the text messages show Bonifacio Silva selecting the firearm as follows:

- Sierra Baca- Zro
- Bonifacio Silva- Ask him what round it's chambered in
- Bonifacio Silva- Let me do my research hold up
- Bonifacio Silva- I think that's perfect
- Bonifacio Silva- And your getting it for the lo so that's perfect feel
- Bonifacio Silva- Deal

29. Bonifacio Silva directed Sierra Baca how to communicate with firearms dealers, instructed her regarding the firearm purchase process, discussed with her the anticipated background check, and instructed her not to disclose that the firearm was being acquired for another person. Text messages are as follows:

- Bonifacio Silva- Just say that you need to ask them a question and then after you tell them that there going to tell you to ask it and then your going to ask them you were wondering if they have any diamond back db 15 s.
- Bonifacio Silva- And then your going to ask them what models they have and the price range on each model.
- Bonifacio Silva- In stock
- Bonifacio Silva- Do you guys have any diamond back db 15s in stock
- Bonifacio Silva- And no don't tell them that bcuz then your husband will need to be there.
- Bonifacio Silva- So this is specifically for you.

30. Bonifacio Silva was later observed in possession of a rifle consistent with the rifle purchased by Sierra Baca. (Photographs in paragraph 29) Based on the totality of these circumstances, Affiant believes Sierra Baca acted as a straw purchaser on behalf of Bonifacio Silva.

31. During the course of this investigation, Affiant has not located any photographs depicting Sierra Baca in possession of the rifle. Based on my training and experience and comparison of the photographs, the rifle depicted appears consistent with the ZRO Delta rifle purchased by Sierra Baca but with added front and rear brown flip up sights and an added brown magazine. (In the April 26, 2025, text conversation above, Bonifacio Silva asks Sierra Baca about obtaining flip-up sights for the rifle.)






## CONCLUSION

32. Based upon the foregoing facts and circumstances, your Affiant respectfully submits that there is probable cause to believe that SIERRA JUDY BACA committed violations of Title 18, United States Code, Section 922(a)(6), by knowingly making false statements material to the lawfulness of a firearm purchase from a federally licensed firearms dealer, and Title 18, United States Code, Section 1623, by knowingly making false material declarations while under oath before a federal court.

33. The Affiant humbly requests that the attached arrest warrant be issued authorizing the arrest of SIERRA JUDY BACA.

34. Assistant United States Attorney Nicholas Marshall has reviewed and approved this affidavit.

I swear that this information is true and correct to the best of my knowledge.

__________________________________

Nikki Lowe
Narcotics Detective
Isleta Police Department

Telephonically sworn and electronically signed on this 3rd day of September 2026.

__________________________________

Steven C. Yarbrough
United States Magistrate Judge